IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-00085-WDM-CBS

TRENT DAL PONTE,

    Plaintiff,

v.

BUDGET RENT-A-CAR CORPORATION AND
TANYA WEST,

    Defendants.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**

_____

Miller, J.

In light of the "Motion to for (sic) Stay of Defendant's Counterclaims Pending Conclusion of Plaintiff's Chapter 7 Bankruptcy Filing" filed November 9, 2005, this case shall be administratively closed pending the resolution of defendant's Chapter 7 proceedings and all pending motions are denied without prejudice.

If no action is taken to reopen this case on or before January 5, 2007, the case will be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on January 12, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge